IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARIE RAWLS, Individually and as Personal, Representative of the Estate of BESSIE ELIZABETH WHEAT, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. _____ |
| GGNSC ATLANTA, LLC, GGNSC ADMINISTRATIVE SERVICES, LLC, GGNSC CLINICAL SERVICES, LLC, GOLDEN GATE NATIONAL SENIOR CARE, LLC, GGNSC HOLDINGS, LLC and GOLDEN GATE ANCILLARY, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PETITION FOR REMOVAL**

COME NOW GGNSC Atlanta, LLC, GGNSC Administrative Services, LLC, GGNSC Clinical Services, LLC, Golden Gate National Senior Care, LLC, GGNSC Holdings, LLC and Golden Gate Ancillary, LLC, and hereby file this Petition for Removal, pursuant to the provisions of 28 U.S.C. §§ 1441, et seq., and show this Court the following:

1.

The present renewal action was commenced by the Plaintiffs in the State Court of Fulton County.  The suit is identified as <u>Marie Rawls, Individually and Marie Rawls, As Administrator of the Estate of Bessie Wheat, Deceased v. GGNSC Atlanta, LLC, GGNSC Administrative Services, LLC, GGNSC Clinical Services, LLC, Golden Gate National Senior Care, LLC, GGNSC Holdings, LLC and Golden Gate Ancillary, LLC</u>, State Court of Fulton County, Civil Action File No. 12EV015144H.

2.

The Complaint was the initial pleading setting forth the claim for relief upon which this action is based.  (A true and correct copy of the Plaintiffs' Complaint is attached hereto as Exhibit "A").  The earliest knowledge and first notice by Defendants, or its agents, of Plaintiffs' renewed Complaint was June 12, 2012.

3.

The filing of this Petition for Removal is timely in that it has been filed within thirty (30) days of the date of the Defendants first receiving notice of Plaintiff's Complaint.

10696626-1

4.

This action is of a civil nature. The substance of Plaintiff's Complaint is that Defendants own, operate and manage Golden LivingCenter – Northside, a long term care facility in which Bessie Wheat was a resident, and that Defendants deviated from the standard of care in that the Golden LivingCenter – Northside nursing staff failed to prepare an appropriate fall risk assessment and failed to implement appropriate individualized care plans and interventions, and that Defendants failed to provide adequately trained staff or equipment to maintain Ms. Wheat's safety.

5.

Plaintiff alleges that as a result of the above-referenced failures, that on August 23, 2009, Ms. Wheat fell from her bed and sustained a left hip fracture, which Plaintiff alleges resulted in pain and suffering and ultimately lead to her death.

6.

Upon information and belief Plaintiff Marie Rawls is a citizen of the State of Georgia.

7.

Bessie Wheat was a resident of Golden LivingCenter – Northside, 5470 Meridian Mark Road, Atlanta, Georgia 30342 at the time of her death and was a citizen of the State of Georgia.

8.

Defendants, GGNSC Atlanta, LLC, GGNSC Administrative Services, LLC, GGNSC Clinical Services, LLC, Golden Gate National Senior Care, LLC, GGNSC Holdings, LLC and Golden Gate Ancillary, LLC, are not citizens of the State of Georgia, as evidenced by the following:

    a.    Defendant GGNSC Atlanta, LLC, is a limited liability company established under the laws of the State of Delaware; its sole member is GGNSC Equity Holdings which is a citizen of Delaware and California; therefore, GGNSC Atlanta, LLC is a citizen of Delaware and California;

    b.    Defendant GGNSC Administrative Services, LLC is a limited liability company established under the laws of the State of Delaware; its sole member is GGNSC Holdings, LLC which is a citizen of Delaware and California – see paragraph 8(e); therefore, GGNSC Administrative Services, LLC is a citizen of Delaware and California;

  c. GGNSC Clinical Services, LLC is a limited liability company established under the laws of the State of Delaware with its nerve center or principal place of business in Plano, Texas; its sole member is Golden Gate National Senior Care which is a citizen of Delaware and California – see paragraph 8(d); therefore, GGNSC Clinical Services, LLC is a citizen of Delaware and California;

  d. Golden Gate National Senior Care, LLC is a limited liability complaint established under the laws of the State of Delaware; its sole member is GGNSC Holdings, LLC which is a citizen of Delaware and California – see paragraph 8(e); therefore, Golden Gate National Senior Care, LLC is a citizen of Delaware and California;

  e. GGNSC Holdings, LLC is a limited liability complaint established under the laws of the State of Delaware with its nerve center or principal place of business in Plano, Texas; its sole member is Drumm Corp, f/k/a Drumm Investors, LLC which is a citizen of Delaware and California; therefore, GGNSC Holdings, LLC is a citizen of Delaware and California;

  f. Golden Gate Ancillary, LLC is a limited liability complaint established under the laws of the State of Delaware; its sole member is GGNSC Holdings, LLC

which is a citizen of Delaware and California – see paragraph 8(e); therefore, Golden Gate Ancillary, LLC is a citizen of Delaware and California.

9.

There exists complete diversity among the parties who are presently before the Court.

10.

This Court has jurisdiction under 28 U.S.C. § 1332 and, therefore, this action is one which may be removed to this Court by the Petitioners/Defendants, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1441(b), in that it is a civil action in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is an action between citizens of different states.

WHEREFORE, Petitioners, GGNSC Atlanta, LLC, GGNSC Administrative Services, LLC, GGNSC Clinical Services, LLC, Golden Gate National Senior Care, LLC, GGNSC Holdings, LLC and Golden Gate Ancillary, LLC, named Defendants in the action described hereinabove which is currently pending in the State Court of Fulton County, State of Georgia, Civil Action File No. 12EV01544H pray that this action be removed therefrom to this Court.

Respectfully submitted this 12th day of July, 2012.

        **HAWKINS PARNELL**
           **THACKSTON & YOUNG LLP**

       *Marcus E. Wisehart*
       David C. Marshall
       State Bar No. 471512
       Debra E. LeVorse
       State Bar No. 242229
       Marcus W. Wisehart
       State Bar No. 771335

       *Counsel for Defendants*

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Telephone:  (404) 614-7400
Facsimile:  (404) 614-7500
E-mail:  dmarshall@hptylaw.com
E-mail:  dlevorse@hptylaw.com
E-mail:  mwisehart@hptylaw.com

10696626-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARIE RAWLS, Individually and as Personal, Representative of the Estate of BESSIE ELIZABETH WHEAT, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. _____ |
| GGNSC ATLANTA, LLC, GGNSC ADMINISTRATIVE SERVICES, LLC, GGNSC CLINICAL SERVICES, LLC, GOLDEN GATE NATIONAL SENIOR CARE, LLC, GGNSC HOLDINGS, LLC and GOLDEN GATE ANCILLARY, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the within and foregoing **PETITION FOR REMOVAL** upon Plaintiff by depositing same in the United States with sufficient postage affixed thereon and addressed as follows:

10696626-1

Joseph W. Watkins, Esq.
Lance D. Lourie, Esq.
Suzanne T. Fink, Esq.
Watkins, Lourie, Roll & Chance, P.C.
Tower Place 200, Suite 1050
3348 Peachtree Road, N.E.
Atlanta, GA  30326

Michael A. Prieto, Esq.
Perrotta, Cahn & Prieto, P.C.
The Bradley Building
5 South Public Square
Cartersville, GA  30120


This 12th day of July, 2012.


             *Marcus W. Wisehart*
             David C. Marshall
             Debra E. LeVorse
             Marcus W. Wisehart

4000 SunTrust Plaza
303 Peachtree Street, N.E.    *Counsel for Defendants*
Atlanta, GA 30308-3243
Telephone:  (404) 614-7400
Facsimile:  (404) 614-7500
E-mail:  dmarshall@hptylaw.com
E-mail:  dlevorse@hptylaw.com
E-mail:  mwisehart@hptylaw.com

10696626-1